IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAMUEL BRUNS**                                                                                                              **PLAINTIFF**
**ADC #146954**

v.                              Case No. 4:23-cv-00353-LPR

**ADC TRUST FUND**
**CENTRALIZED BANKING**                                                                                          **DEFENDANT**

## ORDER

On May 10, 2023, this Court ordered Samuel Bruns to file, within 30 days, an *in forma pauperis* application or to pay the filing fee.[1]  In the Order, the Court explained to Mr. Bruns his responsibilities to follow the rules and cautioned that failure to respond to the Court could result in dismissal under Local Rule 5.5(c)(2).  Because Mr. Bruns has not complied with the Court's Order as required by the Local Rules, his complaint is dismissed without prejudice.[2]  An *in forma pauperis* appeal of this Order and underlying Judgment would not be taken in good faith.[3]

IT IS SO ORDERED this 20th day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Order (Doc. 4).

[2] Local Rule 5.5(c)(2).

[3] 28 U.S.C. § 1915(a)(3).