IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAMUEL BRUNS**                                                                                                 **PLAINTIFF**
**ADC #146954**

v.                               Case No. **4:23-CV-00353-LPR**

**ADC TRUST FUND**
**CENTRALIZED BANKING**                                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court certifies that an *in forma pauperis* appeal from this Judgment and underlying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 20th day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).